UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAMADOU LAMINE NDIAYE,<br><br>Petitioner,<br><br>v.<br><br>TODD BLANCHE, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-02145-TMC<br><br>AMENDED ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE |

This matter comes before the Court *sua sponte*. Petitioner Mamadou Lamine Ndiaye filed a petition for habeas corpus, and the Court issued a scheduling order. Dkts. 1, 7. Because Petitioner is self-represented and filing and receiving materials by mail, the Court ORDERS as follows to allow him sufficient time to file his reply and receive notice:

1. The reply deadline of July 13, 2026 is extended to July 20, 2026. The Government's response shall be due July 6, 2026. If a reply is filed earlier than July 20, 2026, the Court will consider the habeas petition ripe for review at that time.

2. The government shall provide Petitioner at least 7 days (168 hours) notice prior to any action to move or transfer them from the Western District of Washington or to remove them from the United States.

amended ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 1

The Clerk is also directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 23rd day of June, 2026.

Tiffany M. Cartwright
United States District Judge

amended ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 2